**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

GEORGE IVAN LOPEZ,

　　　　　Petitioner

　　v.

COMMONWEALTH OF PENNSYLVANIA,
LEHIGH COUNTY DISTRICT ATTORNEY
JAMES MARTIN, & ALL ASSOCIATED
INDIVIDUALS,

　　　　　Respondents

: No. 94 EM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of February, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition "for Extraordinary Relief Pursuant to King's Bench Power and Rule 3309" is DENIED.